Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

<table>
<tr><td>

_Morado_ _d_ ~~[scribbled text]~~

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Tallabega ℠CI-1 ,        Offc.
Vsp Coleman Charlotte CI officials sgts
Urp bfc
_____ Jesup officials   S I S _____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Case No.

3:23cv24715-LAC-ZCB
3;97 - CR- 36/LAC
*(to be filled in by the Clerk's Office)*

</td></tr>
</table>

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

FILED USDC FLND PN   JFJ
NOV 20 '23 PH3:18

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name      _Michael William Narcamie Sr   AKA_

All other names by which   _Michael Lester Morado_

you have been known:   _MAD MIKE  —  MIKE HILL  —  Loco Morado_

ID Number      _B-221046  —  04115-017_

Current Institution    _Jesup Federal Correctional Institution—I_

Address      _2680 US Hwy 301 South_

     _Jesup_      _GA_      _31599-0001_
        City          State        Zip Code

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name      _J. Todd  Sis_

Job or Title *(if known)*   _SIS  Lieutenant_

Shield Number    _#  —  U/A_

Employer      _Federal official  SIS_

Address      _2680 US Hwy 301 South_

     _Jesup_      _GA_      _31599-0001_
        City          State        Zip Code

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name      _J. Garrett_

Job or Title *(if known)*   _Lieutenant_

Shield Number    _#  —  U/A_

Employer      _Federal official  SIS_

Address      _2680 US Hwy 301 South_

     _Jesup_      _GA_      _31599-0001_
        City          State        Zip Code

☐ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | J. Buck |
| Job or Title *(if known)* | Captain |
| Shield Number | # — U/A |
| Employer | Lieutenant  Federal official SIS |
| Address | 2680  US  Hwy  301  South |
| | Jesup            GA         31599-0001 |
| | *City*          *State*        *Zip Code* |

☐ Individual capacity   ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | M. MCdaniels |
| Job or Title *(if known)* | SIS/sgt |
| Shield Number | # U/A |
| Employer | Federal official |
| Address | 2680  US  Hwy  301  south |
| | Jesup            GA         31599-0001 |
| | *City*          *State*        *Zip Code* |

☐ Individual capacity   ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

(1983) 3rd 4th 5th - 6th Amendments

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?   3 - 4 - 5 - 6 - 7 - / 1 - 2 - 8 - 10

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Refusing to Report complaints to Federal and state, capacity's

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒   Pretrial detainee

☒   Civilly committed detainee

☒   Immigration detainee

☒   Convicted and sentenced state prisoner

☒   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Ofc Brown                    Def. Jones + DAVID
USP Atlanta 2023 / USP Coleman 2023
Charlotte CI 2017 / Jesup FCI 2023 / Talladega FCI
Harrell - McKenzie -        all The above        Kennedy & Bosguess
Rodriguez                                          2022
For PREA

— Jesup FCI —
1-of-1

I asked Lieutenant J. Todd if I can Be Housed with My Lil' Brother, and he stated "Fuck you Robert, you don't get to Choose who you want to be Housed with, Cause this is My world!"

Lieutenant J. Garrett said Fuck him Bro we Run this compound, Not them Chica Wet Backs, AND I said Why you call us that "He stated Cause we all GHost Gangsters!"

Captain J. Burk I Told about officer J. Bullock, for sexual assult on 7-24-2023, when I Was Sexually assulted By TJ; Bullock inside of Fox Braue B16 and he failed to Report that incident 9-10th of the Law states that an state or Federal employee has a Right to Report PREA actions..."

Lieutenant J. Owens I went to, for Protection under Cobnet Gangsters who are Racist and hates gays and queers." He denied Me Protective Custody so I can be housed alone for I Am Trangender (MTF) gay gangster Boy in a world of hateed"

I asked S. Loftew if he can Move Me to a cell with Andrew I Alvarez My MTF Brother under MH gangsters for we are Both 6 star Generals he told My "I dont give a Fuck who you want!"

2 of 1

I asked sgt M. Mc daniels hur in the segrigation where Ive Been for the past 30 days under invvestigation Due to Being Jumped by Hit Men, Due to Lt J. Coarrett who Authorized that Hit...

I told D.O.J. Sgt J. DAvid if he can House me with Andrew Thomas NuNez my Boyfriend from Tollabega FCI-1 he authorized it for he Knews How Much I Love him" I told J. DAvid 8-23-23 when he come to investigate the alligatians – aganst officer B Soler, when he went to USP Coleman 1 to get ANDREW T NUNEZ who was on P C for a hit on him For being gay and a Trongender like Me.."

Lt J Todd seperated us when he saw us Laying on the Floor together in cell 105 on 100 Range talkus about our family who May B Dead at 5 Rue MAX street where Me and ANDREW live our Phone Numbers are 707.365-7346 when NUNEZ live at 4212 inteenational Blvd in Colfeaville, AL with his grandma and sister for we have Been Together since he was 17, and I was 40 for his grand papi gave him To Me for Respecting the Puerto Rican Nation of 14, in 2012.

3 - of - 1

I asked officer B Cossille if he can move me out of 103 away from a gay blood member who sexually assaulted me on my Bunk when he woke me up with my penis in his mouth when I was dreaming of my Boyfriend andrew shine 31103-509, he told me flat out fuck off snitch!

officer B Cormille called me a snitch when he knew I was telling on officer B Solan for sexual assault 7-20-2023 at 845am to officer F.Murry and M.I. Hart in Fox Bravo, when they lied on B Solan cause B Solan was only trying to figure me out for why I look and sound like Daniel Lamar Solan who has been my Brother since 2000 while in a Youthful offenders camp Since he was 8 for Arson and Burglary of a cops house in 1999.

Daniel L. Solan has been with me through all these years for he is my dog of Cadance. We EAT Together since 2002 Daniel was in my Platoon of A726 at Indian River, Florida in central Florida when Daniel went home 2005 I was left all alone... So when I was Transferred to Stark Florida for trying to get Closer to my Mom for I Started Missing her for I was helping the young Soldiers of Christians Marching as Christian Soldiers Singing the Song March on Christian soldier in 2011, —

6 = of = 1

" March on Christian soldiers, MArch on as to war
March on Christian soldiers, 'March!" who are we
soldiers! what do we do  work hard!
How How hard!  Real Hard!
No sound Just Foot!

---

I asked officer C. Rentz when he saw me hem up
Jamal Blocker up against the wall in a aggressive
manner with my Right Fist Ready to smash that
Black Boy cause I was in Tunnel Vision, Rentz
pulled out his Mace Can and opened the Feed Flap
started to spray his Mace when I put my face in
the way he was scared of me for I asked Numerous
times to Be Moved in with my Brother Nunez in
cell nos, He Denied that I Ever asked...

So when they started Moving people around in this
Confined Environment they Moved Me up To 2O5L
with a gay Tango Blast Mexican Mafia captain
E Pritchard placed me in that cell on Lt J. Garretts
order for he is Trying to kill Me, cause he thinks
I'm telling on them all in the SIS building on
the compound.

5 - of - 1

I asked Lt W. OGLeTree if he can move me out
of Cell 205 away from this Tango Blast / Mexican Mafia
So I can Be in the Same Cell with ANDREW NUNEZ
He said he cant until Lt J. Garrett lets us move
you, So I'm just a puerto Rican who cant Be with
my own kind of people, But always Be in Cells with
Crackers, Every cell I've Moved to its always White
Boys.

I asked officer M.T. Hart if he can move me
away from Tango Blast - Michael Lee Lujan the
Compound Snitch, he looked at me and gave me
the Finger and walked away from the shower and
told K. Ruttencutter who came Back and threatened
my life, if I Didnt get out that shower So I had
no other choice but to comply to his order, for
Captain E Pritchard had pulled his Mace ...

So a few days go by, I asked officer K. Ruttencutter
to appologize to Me for the "Threat he said "No"
go to hell Fuck Boy, under his breath, so I steed
there in that cell 205 thinking about this Lawsuit
for 288.5 Million Cause I feel they are trying to
Poison Me like the staff at Charlotte CI in the
State of Florida when they Thought I was Robert
Ryan Goobao GD1143. (GOOBAHO) this Inmates
Father is Asian (Ty Lee Abregast) re.)

6- of - 1

I asked officer M Coentry 9 times to Let Me use the Law Library so I can write to the Depadment of Justice so I can try Clearing up what some cone has done trying to Mess Me up, in Transferring me off this compound where I will start the process all over again in my complaint against Charlotte c1.

So on october of this year on the 30th asking for this Complaint of Civil Rights thats Been Violated Due to the Action of Authority, so all over this compound I've Been trying to figure out why all these staff Members here at Jesup FCI ignore Me in asking about My gang brother ANDREW Thomas NUNEZ I saw sitting on the Lieutenants Bench, cause when I saw him I started to go to him when officer Jo Long Said get Back to the yard!

                    officers: who Ignore ME!

        E B. Anderson                              J. owens
        F J. Fuentez          208 L. Conley     208 ₹ Pritchard
    515   ＃ J. Rivas          ✗ C. Harvey        W. Williams
    515   ＃ D. Davis          208 M Coentry       Wi Walker
    515   D. Daniels          208 S. Lofton        J. Long
    C0    D. BAATZ        2  sgt M. Mc daniels 208 K. Ruttenculter
    C0    C. Pitts              ＃ B. Carmillo  208 LT. Hack
    c0    B. Brilly           515 L. Dhillips   o J. DAVID  D o J
    c0    B. Phillips      2 515 ＃ J. Tedd Lt  • B. Jones  D o J
    515   J. Evans        2  519 ＃ J. Gearrell Lt  ₹. Murry
    208   R. Deloach          515 J. Buck  capt 2 c. Rentz . . . 515

7- of 1

Talladega FCI

Sis K. Kennedy Told USP DALISA that I am a
Mexican Mafia / Collest Gangster. When the Truth
of the Matter was a lie Cause they Knew that I am
a 9-star General of folk Nation 663 Devil Folk of 360
and he slopped me in his officer. Cause he thinks I
was Lying. April 10, 2023 about Ghost Gangsters.
he Make me lie on Myself about being Ghost gangster
Mexican Mafia.

Talladega FCI

Lieutenant J. Burguess punched me in the Mouth
Saying I was MS-13 when in all actuallity I
was Chillin with Juggales who Chill with MS-13's
And if they wanted to Know Truth about Me all
they had to do was Call the County I'm From where
they would have told them I'm a 9 star general
for 44 gangsters.

Charlotte CW 2019
I was rape by sgt J. Harvell, sgt D Mckenzie
sgt D. Rodriguez in cell 3205 alpha Dorm, I told
it all on the kiosk to the Department of Inmate
texting Machine of Inmate Bureau. Tallahassee
FL 32399 ⟶

8 - of 1

And these were the actual Names of staff Using
ARSENIC on Me:
Sgt Jonathan R Harvell
Sgt AARON McKenzie
Sgt DAVID Rodriguez                    RRT
Sgt Frank Busio
Sgt Samantha Lopez
Nurse Clare harvell

These are the Names of though using Cyanide on
ole Me: Jennifer Rodriguez
ole Juliano Rodriguez
sgt phillip Coraham
Francisco Bush

Charlotte C.I 2017
These are the Names who were telling Me the went
it was cat opalsco Nah Califrachere the said I am
Robert.

Charlotte CI
Marcen Mc Meens Mc Menis when he knew My Reet (Real)
Nomoe would get me out of prison 2022.
and they kept trying to come into My Residence
And kill these individuals: like en a PK →

9 - of 1

Cause they said I was Daniel L. Solaw Thompson
a convicted child Molester.

eusp Atlonta these staff Members lied saying me
and my Boyfriend were Real Brothers;
officer Brown
officer NUNyez

usp Coleman 1 Ben Jones and J. David lied saying
that we were going home to pensacola to Bury
our family at 5 eve Maw street in pensacola FC
and 4122 International Blud in coffee county.

Talladega FC1 these staff Members
ofc S. Shannen
ofc B. ATkissan
ofc C Chandler
ofc L Green
ofc D. Davis
ofc N. Hernandytez
Lied on me and AWDREW NUNEZ 31107 509
Saying we were Ghost Gangsters and Mexican
Mafia.

10 - 05 - 1

These staff Numbers are the ente Jesup staff
say say that we have to go bury our family —

      Lt. G. Garrett
      Lt J. Garrett
      Lt J. Tedd
      Lt J. Owens
      Cpl J Buck

Sincerly submitted

Deshaun Marado

CY115.com

...Thank you...

C.    What date and approximate time did the events giving rise to your claim(s) occur?

october 10, 2023   Recreation yard Next to the Gym.
at 1:45pm.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

At Charlotte I was Roped — and Sought with poison's
till Death ARSENIC — Turpentine — Syanide —

Jesup FCI I was Jumped by G-27s and Bloods and 3
staff Members in total INCluding Chadotte CC & USp Atlanta 1388
Talladega FCI-1 USp Coleman ( x NUMber - 59 officials

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I Sustained these Injuries scrapes to Both elbows Lacerations to lip
and Bruisings to my Back area, swelling to my Right hand and
small Lacerations to my knuckles... And Back of the Head
over Right EAR...   Michael Morado   & ANDREW NUNEZ
                    04115-017                     31103-509

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I Got Beat Down By Staff and Inmates, Due to Lt and
Captains who told them I was a GHOST GANGSTER —
1142s — 1988 - unforgiven - ARYAN Brotherhead — white Supremia
Cause I Am Not white, But that of Hispanic.
And Not From the state of Georgia.../ N.W. Florida

$288.5 Million Due to ME
Being GHOST Gangster of folk Nation 6 spade kings ol
974 - 74 - 360°

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Talladega FCI-1   USP Atlanta 358*
*PREA*
*2017 confinement          USP Coleman LC-2146 DOJ.*
*Charlotte Corr. Inst. / Jesup FCI-1   2022   Compound   Ben Jones*
*James DAVID*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?   *$2 8 8.5Million*

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*A Rape situation Due to lies of 3 state officials / Charlotte Cl 2017*
*And Jesup FCI By staff and INMates... USP Atlanta 358*
*USP Coleman L (DOJ Benjimin Jones and James DAVID*
*Lt*
*sgt*
*Talladega FCI-1*
*J. Burguess   K. Kennedy*
*SCS        SCS*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

A Jpay kiosk Machine through out the state of Florida 2019 — 2022 - 2023

2.  What did you claim in your grievance?

Rape and 1st Degree attempted Murder for hire and a Hit situation

3.  What was the result, if any?

5 Rue M&x Street D-Cela FC
# 850-207 9557              32507

Non - Due to me being detained w state and Federal Prison's 2018 - 2023

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Grievances started 2018 Dade C1 in TCU / mental Health unit 2018 / zephyrhills Tcu
Santa Rosa c1 Tcu / cross city c1 sos / wakulla Protection of safe House —
Crawfordsville Florida / wakulla county / port charlotte Florida / Jesup FCL-1 2023
usp Atlanta 388 ( Talladega FCI-1] / usp Coleman -1
                          Jones + David Page 7 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

*I got approved By the wardens office DaDe correctional Institution 2018*

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*Talladega FCI-1   Jesup FCI-1 ᵁˢᵖ Atlanta 358*
*USP Coleman 1   All Dept of Justice staff ...*
*For PREA*
*Zephyrhills CI on gull Blvd 33837 2018-19*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.



*Santa Rosa CI / Zephyrhills CI/ Hamilton CI/ Wakulla CI 2018-2021*
*2017- 2023...Charlotte correctional Institution  Port Charlotte Fl 33599*
*321 oil well Road*
*PREA ARSENIC - Turpentine - Syanide Poisoning through all FCC units*

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☒ 

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*Western District of Texas 79772    10-30-23*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1.  Parties to the previous lawsuit

  Plaintiff(s)  _Michael Lester Morado   Vs  4  42 USC 1983 -1997_

  Defendant(s)  _Sgt Jonathon R Harrell / AARon McKenzie / David Rodriguez /_
  _Fox Rape! PREA (Prison Rape Elimination Act 2018)_

  2.  Court *(if federal court, name the district; if state court, name the county and State)*   USP coleman 1

  _Federal District court — From Jesup FCI / Charlotte CI  2023.. USP Atlanta_
  _42 USCA 1983 - 1997 - 2000 - 2006 - 2010 - 2014   Tallalega FCI_
                                                   Jesup FCI-1

  3.  Docket or index number

  _Case # 3; 97 -CR- 36 /LAC  /  Class C Felony  97-1998_

  4.  Name of Judge assigned to your case

  _Lacy A Collier  Pensacola  1 N Palafox Street Pensacola FC 32502-5658_

  5.  Approximate date of filing lawsuit

  _2021 - 2022   November 23, 2018   From hamilton Corr. Inst Crawfordville_
                                                              FC.

  6.  Is the case still pending?

  ☐ Yes

  ☒ No

  If no, give the approximate date of disposition.   _November 23, 2018_

  7.  What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

  _In my Favor?  (No)_

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
  _(No)_

[X] Yes

[ ] No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   *Michael Lester Morado      VS*

Defendant(s)   *Sgt J.R. Harrell / Sgt A.M. Mckenzie/ Sgt D.S. Rodriguez*
*For PREA   (1983) 42 USC)*

2.   Court *(if federal court, name the district; if state court, name the county and State)*

*Pensacola Division   Northern District of Florida ( Federal)*

3.   Docket or index number

*Case # 3; 97 - CR - 36/LAC / Class C felony   97-1988*

*ERNIE Lee Mcgohah*
*Center*

4.   Name of Judge assigned to your case *Collier 1997*
*Judge them skivaski   M.C. Blanchard Building   190 E Gov.*
*1998*
*801 W. Romann st suite 401*
*Pensacola FL 32501*   *unit C*

5.   Approximate date of filing lawsuit

*November 23, 2018   to Greg M. whibbs Jr. Federal / state Lawyer*

6.   Is the case still pending?

[ ] Yes

[✓] No

If no, give the approximate date of disposition   *Nov 23, 2018*

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*I N MY Favor ? ( appealed By Gregory M. whibbs Jr.)*

*mother  Lydia Morado*
*Power of Attorney*
*801 W. Romana st.*
*DOWN TOWN   Pensacola, FL 32501*
*P-cola, Fla.*
*Zone*

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   *Nov 9, 2023*

Signature of Plaintiff   *Michael L Morado*
Printed Name of Plaintiff   *Michael Lester Morado*
Prison Identification #   *04115-017   Federal docket # N.W. Florida*
Prison Address   *Jesup FCI 2680 US Hwy 301 South*
*Jesup            GA    31599-0001*
City            State    Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
_____
City            State    Zip Code
Telephone Number   *850-28+*
E-mail Address   _____

MICHAEL MORADO
JESUP FEDERAL CORRECTIONAL INSTITUTION-1
2680 U.S. HWY 301 SOUTH
JESUP, GA. 31599-0001

NOV 20 2023

FREEDOM
FOREVER/USA

FREEDOM
FOREVER/USA

FREED
FOREVER

PENSACOLA DIVISION
1 N. PALAFOX St.
PENSACOLA, FL
32502

AGAINST G-27s
AND
Bloods...
-LEGAL MAIL-

11-14-23